RECEIVED IN
COURT OF CRIMINAL APPEALS 84,203-01

DEC 14 2015

Abel Acosta, Clerk 12.8.15

To: Court Clerk : MR. Acosta

MR. Acosta My name is TERRISH J GARMON —
TR. CT. NO. W12-34332-J(A) WR-84,203-01
MR. Acosta. I would Like to Know is My conviction Final Yet??
And has a Mandate been issued on My case Yet??
I need to refile My Application for Writ of habeas Corpus.
So would you please write Me back on this issue.
Thank you God Bless.
               Sincerely, Terrish J Garmon.


    TERRISH J GARMON # 186001⁄4 L·321·B


P.S. I am here at the
    GEORGE BETO 1 UNIT
    1391 F.M. 3328, Tennessee Colony, TX. 75880